AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bristol-Myers Squibb Co. and Bristol-Myers Squibb Pharma Co.,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

David Kappos, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,

Defendant.

CASE NUMBER:

**Case: 1:09-cv-02420**
**Assigned To : Kennedy, Henry H.**
**Assign. Date : 12/23/2009**
**Description: Admin. Agency Review**

TO: (Name and address of Defendant)

The Honorable Eric H. Holder Jr.
Attorney General of the United States
United States Department of Justice
950 Constitution Avenue, N.W., Room 4400
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian M. Boynton
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   G.T. HUGHES, ACTING       DATE   12/23/09

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | December 24, 2009 |
| NAME OF SERVER (PRINT) Brian M. Boynton | TITLE | Partner, Wilmer Cutler Pickering Hale and Dorr LLP |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by U.S. Certified Mail (Return Receipt Requested) on December 24, 2009. See Fed. R. Civ. P. 4(i). The return receipt is dated Dec 31 2009.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-15-2010          _Brian M. Boynton_
              Date                 Signature of Server

1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.73 | 0217 |
| Certified Fee | $2.80 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.83 | 12/24/2009 |

Sent to *The Honorable Eric H. Holder Jr.*
*Attorney General of the United States*
Street, Apt. No.; or PO Box No. *950 Pennsylvania NW, Rm. 4400*
City, State, ZIP+4 *Washington, DC 20530-0001*

PS Form 3800, August 2006          See Reverse for Instructions

Article tracking: 7008 3230 0000 7258 5703

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Hon. Eric H. Holder Jr.*
*Attorney Gen'l of United States*
*950 Pennsylvania Ave, NW*
*Room 4400*
*Washington, DC 20530-0001*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  *7008 3230 0000 7258 5703*
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540