AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bristol-Myers Squibb Co. and Bristol-Myers Squibb Pharma Co.,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

David Kappos, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,

Defendant.

CASE NUMBER:

Case: 1:09-cv-02420
Assigned To : Kennedy, Henry H.
Assign. Date : 12/23/2009
Description: Admin. Agency Review

TO: (Name and address of Defendant)
DAVID KAPPOS
General Counsel
serve: United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian M. Boynton
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

B.T. HUGHES, ACTING                        12/23/09
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 24, 2009 |
| NAME OF SERVER (PRINT) Brian M. Boynton | TITLE Partner, Wilmer Cutler Pickering Hale and Dorr LLP |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by U.S. Certified Mail (Return Receipt Requested) on December 24, 2009. See Fed. R. Civ. P. 4(i). The return receipt is dated 12/29/09.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-15-2010
                    Date

Signature of Server: [signed] B. M. B——

Address of Server: 1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ARLINGTON VA 22215
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.73   0217 |
| Certified Fee | | $2.80   03 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83   12/24/2009 |

Postmark Here

Sent To: General Counsel
Street, Apt. No.; or PO Box No.: U.S. Patent and Trademark Office
P.O. Box 15667
City, State, ZIP+4: Arlington, VA 22215

PS Form 3800, August 2006   See Reverse for Instructions

7008 3230 0000 7258 9435

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Michael Holmes   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Michael Holmes
C. Date of Delivery: 12/24/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 7258 9435

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540